A. E. EMERICK, RESPONDENT, v. OGDEN CITY, APPELLANT.

APPEAL.—DISMISSAL.—FAILURE TO FILE BRIEF.—Under rule 10 of
the supreme court, where the appellant fails to file his brief
in accordance with the rule, the appeal will be dismissed.

APPEAL from the district court of the fourth district,
Hon. James A. Miner, judge.    The facts were as follows:

The transcript was filed on the 20th day of November,
1893, and the abstract upon the same day.    The court con-
vened on the 10th day of January, 1894, and no brief had
then been filed and on that day the motion to dismiss was
made and granted on the succeeding day.

Rule 10 of the supreme court as amended June 22, 1893,
is as follows:    The attorney for the appellant shall serve
on the attorney for the respondent, a copy of his points
and authorities in the form of a printed brief, at least five
days before the commencement of the ensuing term; and
within five days therefrom the counsel for the respondent
shall serve upon appellant's counsel a like copy of his
points and authorities, and before the hearing, the attorney
for either of the parties shall file with the clerk of this
court eight copies of his brief;. and the appellant in his
brief shall plainly and distinctly set forth the particular
errors, upon which he relies for a reversal of the judgment
of the court below.    For failure of the appellant to file
his brief of points and authorities as required in this rule,
the court may, in its discretion, affirm the judgment appealed
from, dismiss the appeal, or may examine the record and
render such judgment as it may deem just; and for failure
of respondent to file his briefs as required by this rule, he
shall not be heard on the merits of the cause.

*Messrs. Evans and Rogers,* for the respondent.

*Mr. E. P. Whipple,* for the appellant.

It was ordered that the appeal in this cause be dismissed.